WILLIE YOUNG *v.* COMMISSIONER OF CORRECTION

The petitioner Willie Young's petition for certification for appeal from the Appellate Court, 120 Conn. App. 359 (AC 30038), is denied.

*Anthony E. Parent*, special public defender, in support of the petition.

*Sarah Hanna*, assistant state's attorney, in opposition.

Decided May 26, 2010

IN RE DANIEL L. ET AL.

The petition by the respondent father for certification for appeal from the Appellate Court, 120 Conn. App. 450 (AC 30084), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*David B. Rozwaski*, in support of the petition.

*Susan T. Pearlman*, assistant attorney general, in opposition.

Decided May 26, 2010